AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>SHERRIE LYNNE BRYANT<br><br>*Defendant(s)* | Case No. GLS-21-2249 |

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

Aug 24, 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 30, 2020, & April 25, 2020__ in the county of __Prince George's__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1001 | False statements |

This criminal complaint is based on these facts:



☑ Continued on the attached sheet.

*Joshua C. Barnhart*
Complainant's signature

Joshua C Barnhart, Special Agent, IRS
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 24, 2021

Judge's signature

City and state: Greenbelt, Maryland

Honorable Gina L. Simms, U.S. Magistrate Judge
Printed name and title