IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

Aug 24, 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CASE NO.  GLS-21-2249 |
| SHERRIE LYNNE BRYANT, | * |
| Defendant. | *   **UNDER SEAL** |

### GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through its Attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Rajeev R. Raghavan, Assistant United States Attorney for said District, moves this Honorable Court for an Order sealing the Criminal Complaint, and the supporting affidavit and arrest warrant submitted in connection with the above-referenced complaint. The documents submitted contain information regarding an ongoing investigation. Should the individuals under investigation become aware of these documents, it could jeopardize the outcome of the investigation and might cause the individuals to flee and avoid apprehension.

WHEREFORE, the government respectfully requests that the Criminal Complaint, supporting affidavit, arrest warrant, and this Motion be placed under seal until further notice of the Court.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: ___/s/ Rajeev Ragh___
Rajeev R. Raghavan
Assistant United States Attorney

It is so ORDERED, this __24th__ day of August 2021.

_____
Honorable Gina L. Simms
United States Magistrate Judge