☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

Aug 25, 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

v.                                             Case No.    GLS 21-mj-02249-1

**Sherrie Lynne Bryant**

\* \* \* \* \* \*

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this _____25th_____ day of _August_ 2021, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Gina L. Simms
United States Magistrate Judge