IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Aug 25, 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____MD____ Deputy

**UNITED STATES OF AMERICA**

v.                                             Case No.   GLS 21-mj-02249-1

**Sherrie Lynne Bryant**

\* \* \* \* \* \*

**PRELIMINARY HEARING ORDER**

On August 24, 2021, a criminal complaint and arrest warrant were sworn out in this case. On August 25, 2021, an initial appearance was held, after which the defendant was released on conditions.

Pursuant to Fed. R. Crim. P. 5.1(c), a preliminary hearing shall occur no later than September 15, 2021. It is hereby ORDERED that a preliminary hearing is scheduled for September 15, 2021 *(date)* at 4:00 p.m. *(time)* before Gina L. Simms, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom TBD.

August 25, 2021
Date

Gina L. Simms
United States Magistrate Judge