✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

11:54 am, Aug 27 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY __TTS_____Deputy

EBP USAO 2021R00509

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. GLS 21-2249** |
| | * | |
| **SHERRIE BRYANT,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\***

## MOTION TO UNSEAL

The United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Erin B. Pulice, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Criminal Complaint in the above-captioned matter. The Defendant has been arrested and has appeared before this Court, thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the Criminal Complaint and all other documents filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _Erin B. Pulice_____

Erin B. Pulice
Assistant United States Attorney

**ORDERED** as prayed, this _27th_ day of August 2021.

_____

Honorable Gina L. Simms
United States Magistrate Judge