AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 AUG 25 P 3:43

CLERK'S OFFICE
AT GREENBELT

| | |
|---|---|
| United States of America<br>v.<br><br>SHERRIE LYNNE BRYANT<br><br>_Defendant_ | )<br>)  Case No. GLS-21-2249<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   SHERRIE LYNNE BRYANT
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343: Wire fraud
18 U.S.C. § 1001: False statements

Date: August 24, 2021 at 4:10 p.m.

_Issuing officer's signature_

City and state:   Greenbelt, Maryland

Honorable Gina L Simms, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_  8/24/21 , and the person was arrested on _(date)_  8/24/21
at _(city and state)_  BWI, Baltimore, MD.

Date: 8/24/21.

_Arresting officer's signature_

JOSH BARNHART, Special Agent
_Printed name and title_