IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| V. | * | Criminal No. 21-mj-2249-GLS |
| | * | |
| SHERRIE LYNNE BRYANT, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Erin B. Pulice as counsel for the United States of America for all purposes in the above-captioned case.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

BY:   /s/
      Erin B. Pulice
      Assistant United States Attorney