IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLS-21-2249** |
| | * | |
| **SHERRIE LYNNE BRYANT,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing and Waive Filing of Indictment in the above-captioned matter, there being no opposition thereto, good and sufficient cause having been shown—and taking into account the public interest in the prompt disposition of criminal cases, it is hereby

**ORDERED**, for the reasons set forth in the Motion, which is incorporated herein, that the Motion is **GRANTED**; and it is further

**ORDERED** that the Preliminary Hearing in this matter be rescheduled to a date on or before January 12, 2022, to be requested by the parties prior to such date; and it is further

**ORDERED** that the deadline for filing an indictment in this matter is waived until January 12, 2022, per the waiver agreed to by Defendant, through counsel.

**IT IS SO ORDERED.**

_____
HONORABLE GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND