Case 8:22-cr-00308-DLB   Document 14   Filed 09/08/21   Page

Sep 08, 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____MD____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLS-21-2249** |
| | * | |
| **SHERRIE LYNNE BRYANT,** | * | |
| | * | |
| Defendant | * | |
| | * | |

**\*\*\*\*\*\*\***

## ORDER

Upon consideration of the "Consent Motion to Continue Preliminary Hearing and Waive Filing of Indictment" ("the Motion"), (ECF No. 13), in the above-captioned matter, there being no opposition thereto, good and sufficient cause having been shown—and taking into account the public interest in the prompt disposition of criminal cases, it is hereby this 8th day of September, 2021, **ORDERED**, for the reasons set forth in the Motion, which is incorporated herein, that the Motion, (ECF No. 13), is **GRANTED.** It is further:

**ORDERED** that the Preliminary Hearing in this matter be rescheduled to a date on or before January 12, 2022, to be requested by the parties prior to such date; and

**ORDERED** that the deadline for filing an indictment in this matter is waived until January 12, 2022, per the waiver agreed to by Defendant, through counsel.

**IT IS SO ORDERED.**

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge