## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | ) | |
| United States | ) | |
| | ) | |
| v. | ) | No. 21mj2249-GLS |
| | ) | |
| Sherry Bryant, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### APPEARANCE OF COUNSEL

Charles Burnham, Esq., hereby enters his appearance as pro bono counsel on behalf of defendant Sherry Bryant.


Respectfully Submitted,

By:


/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed on opposing counsel through

the Court's electronic filing system.

By: */s/ Charles Burnham*
Charles Burnham
D.C. Bar 1003464
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com