IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 8:21-MJ-02249-1-GLS |
| **SHERRIE LYNNE BRYANT** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act, **IT IS HEREBY ORDERED**, this 17th day of September, 2021, that Charles Burnham is hereby appointed to represent the individual.

/s/
_____

Gina L. Simms
UNITED STATES MAGISTRATE JUDGE

1