IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| V. | * | Criminal No. GLS-21-mj-2249 |
| | * | |
| **SHERRIE LYNNE BRYANT,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Rajeev R. Raghavan as counsel for the United States of America for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

BY: /s/
Rajeev R. Raghavan
Assistant United States Attorney