IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHERRIE LYNNE BRYANT,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CRIM. NO.: GLS-21-MJ-2249 |

...oooOooo...

## LINE

Madam Clerk:

Please strike the appearance of Erin B. Pulice as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney


By:\_\_\_\_/s/_____
Erin B. Pulice
Assistant United States Attorney