IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIMINAL NO. GLS-21-2249 |
| | * | |
| SHERRIE LYNNE BRYANT, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## ORDER

Upon consideration of the Second Consent Motion to Continue Preliminary Hearing and Waive Filing of Indictment in the above-captioned matter, there being no opposition thereto, good and sufficient cause having been shown—and taking into account the public interest in the prompt disposition of criminal cases, it is hereby

**ORDERED**, for the reasons set forth in the Motion, which are incorporated herein, that the Motion is **GRANTED**; and it is further

**ORDERED** that the Preliminary Hearing in this matter be rescheduled to a date on or after February 12, 2022; and it is further

**ORDERED** that the deadline for filing an indictment in this matter is waived until February 12, 2022, per the waiver agreed to by Defendant, through counsel.

**IT IS SO ORDERED.**

_____
HONORABLE GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND