**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

___ ✓ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED

Mar 31, 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ MD _____ Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. 21-mj-2249-GLS** |
| **SHERRIE LYNNE BRYANT,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\***

## ORDER

Upon consideration of the Government's "Third Consent Motion to Extend the Time Limit for Preliminary Hearing Under Federal Rule of Criminal Procedure 5.1(c) and to Exclude Time Within Which to Indict Pursuant to the Speedy Trial Act," (ECF No. 27), it is:

ORDERED that the time limit for holding a preliminary hearing under Fed. R. Crim. P. 5.1(c) in this matter is extended to a date to be later determined by the Court but after April 30, 2022, due to the provision of voluminous discovery to defense counsel, the parties' engagement in possible resolution of this matter in lieu of trial, and the Defendant's consent to extend the time in which a preliminary hearing must be held pursuant to Fed. R. Crim. P. 5.1(d). Based on this, the Court finds that justice requires the delay of the preliminary hearing and the Defendant has provided consent for such a delay; and it is further

ORDERED that the Court finds that any delay in the filing of an Indictment or Information in the above case between August 25, 2021, *nunc pro tunc*, through April 30, 2022, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reasons set forth herein and in the Government's motion. Specifically, the Government has provided voluminous discovery, including financial and tax records, to defense counsel and the parties are engaged in possible resolution of this matter in lieu of trial.  Accordingly, the ends of justice are served by this

requested delay and the ends of justice served by any extension and/or delay resulting from the continuance issued in this Order, outweigh the best interests of the public and the Defendant in a speedy trial.  Therefore, the time from August 25, 2021, *nunc pro tunc*, through April 30, 2022, is hereby excluded from computation of the time within which to Indict or file an Information under the Speedy Trial Act.


Dated: March 31, 2022                              _____/s/_____
                                                   The Honorable Gina L. Simms
                                                   United States Magistrate Judge