IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Case No. PWG-22-308

**Sherrie Lynne Bryant**

\*\*\*\*\*\*

## WAIVER OF INDICTMENT

I, Sherrie Lynne Bryant, the above named defendant, who is accused of:

**18 U.S.C. § 1343 Wire Fraud**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 27, 2022 prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before:

_____
Paul W. Grimm
United States District Judge

U.S. District Court (6/98) Criminal Magistrate Forms: Waiver of Indictment