# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SHERRIE LYNN BRYANT,**<br><br>**Defendant.** | *<br>*<br>*<br>*   **CRIM. NO.: PWG-22-308**<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

...oooOooo...

## LINE

Madam Clerk:

    Please strike the appearance of Rajeev R. Raghavan as counsel for the government for all purposes in the above-captioned case.

                                   Respectfully submitted,

                                   Erek L. Barron<br>
                                   United States Attorney

                        By:   /s/<br>
                                   Rajeev R. Raghavan<br>
                                   Assistant United States Attorney