IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | |
| **SHERRIE LYNNE BRYANT** | * | **CRIMINAL NO. DLB-22-0308** |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

### ENTRY OF APPEARANCE

CLERK OF THE COURT:

      Please enter the appearance of Assistant U.S. Attorney Joseph L. Wenner as counsel for the United States of America for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney


_____/s/_____
Joseph L. Wenner
Assistant United States Attorney