IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. DJB-22-308** |
| | * | **CRIMINAL NO. DJB-17-518** |
| **SHERRIE LYNNE BRYANT,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## MOTION TO FILE EXHIBITS UNDER SEAL

The United States of America, by and through undersigned counsel, hereby files this motion to seal Exhibits to the Government's Supplemental Memorandum in Aid of Sentencing ("Government's Exhibits"). In support of this motion, the Government states as follows:

1. The Government's Exhibits include tax documents and other sensitive data regarding the Defendant.

2. No reasonable alternatives to sealing the Government's Exhibits are available. Redaction of sensitive portions of the Government's Exhibits would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

3. Counsel intends to serve defense counsel with copies of the Exhibits via email.

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Exhibits Under Seal.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/_____
Kelly O. Hayes
Joseph L. Wenner
Assistant United States Attorneys

It is so ORDERED, this \_\_\_ day of January 2023

_____
Hon. Deborah L. Boardman
United States District Judge