IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-22-308 |
| | * | CRIMINAL NO. DLB-17-518 |
| SHERRIE LYNNE BRYANT, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

**JOINT STATUS REPORT**

On Thursday, January 29, 2023, the Court held a sentencing hearing in this matter. At that hearing, the parties explained to the Court that the Defendant – Ms. Sherrie Bryant – had told the Government that earlier that week she had paid the Small Business Administration all the outstanding funds from her fraudulently obtained COVID relief loans. The Government proffered to the Court that the SBA's internal system still showed some funds outstanding but anticipated that this was due to a delay in updating the relevant records. The Court ordered the parties to submit a joint status report in a week to update the Court on this matter.

The Government can now confirm that Ms. Bryant has paid the outstanding funds in full. As a result, the Government will move to withdraw its motion for preliminary order of forfeiture (Dkt. 39). Moreover, an order of restitution is no longer needed.

As such, the parties respectfully requests the Court enter Judgment ordering the sentence as imposed by the Court on January 29, 2023.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

By:    /s/_____
        Kelly O. Hayes
        Joseph L. Wenner
        Assistant United States Attorneys