## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|                        |     |                |
|------------------------|-----|----------------|
| United States          | )   |                |
|                        | )   |                |
| v.                     | )   | No. 8:22cr308  |
|                        | )   |                |
| Sherrie Bryant,        | )   |                |
|                        | )   |                |
| Defendant.             | )   |                |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now the Defendant Sherrie Bryant and moves to amend her conditions of release.  Ms. Bryant submits as follows:

1.  This Court sentenced Ms. Bryant on January 26 and granted her permission to self-surrender.

2.  Prior to her surrender, Ms. Bryant wishes to refinance her home in connection with state family law proceedings discussed with the Court at sentencing.

3.  Ms. Bryant has discussed the need to conduct this refinance with her pretrial services officer Ms. McWilson.  Ms. McWilson does not object to the refinance but requested we seek Court approval.

4.  Undersigned counsel has discussed this request with counsel for the government. The government defers to the Court.

5.  Ms. Bryant is prepared to execute this transaction with complete transparency with pretrial.  She is willing to submit loan documents to pretrial for their review if requested.  A proposed order is included.

For the foregoing reasons Ms. Bryant requests the Court to modify her conditions of release to engage in a mortgage refinancing.

Respectfully Submitted,

By:


/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed on opposing counsel through the Court's electronic filing system.

By: */s/ Charles Burnham*
Charles Burnham
D.C. Bar 1003464
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)

Charles@burnhamgorokhov.com