# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| United States | ) ) ) | |
| v. | ) ) | No. 8:22cr308 |
| Sherrie Bryant, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court grants defendant Sherrie Bryant's motion to modify conditions of release. Ms. Bryant is permitted to conduct a mortgage refinance of her home. Ms. Bryant is required to share all loan documents with pretrial services upon their request and to keep them generally informed on the status of the transaction. Ms. Bryant is not authorized to engage in any other credit transactions and her other conditions of release remain in force.

Entered on:_____.

_____.

Hon Deborah L. Boardman