IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-22-308 |
| | * | |
| SHERRIE LYNNE BRYANT, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## MOTION TO WITHDRAW MOTION FOR FORFEITURE

The Government filed a motion for preliminary order of forfeiture on January 12, 2023. Dkt. No. 39. Since that time, the Government has confirmed that the Defendant has paid the Small Business Administration all the outstanding funds from her fraudulently obtained COVID relief loans. Accordingly, the Government now respectfully moves to withdraw its motion for preliminary order of forfeiture.

Granted.
2/8/23
_____
Deborah L. Boardman
United States District Judge

Respectfully submitted,

Erek L. Barron
United States Attorney

By:   /s/
_____
Kelly O. Hayes
Joseph L. Wenner
Assistant United States Attorneys