**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | No. 8:22cr308 |
| | ) | |
| Sherrie Bryant, | ) | |
| | ) | |
| | ) | |
| _____Defendant._____ | ) | |

**MOTION TO EXTEND SURRENDER DATE**

Comes now the Defendant Sherrie Bryant and moves to extend her BOP surrender date 30-45 days.  Ms. Bryant submits as follows:

1. This Court sentenced Ms. Bryant to a term of imprisonment on February 8, 2023

2. The Court granted Ms. Bryant until April 17 to surrender to a designated BOP facility or the Marshals in Greenbelt.  ECF 61.

3. After meeting with pretrial Ms. Bryant was under the understanding that she was designated to surrender to Alderson prison in West Virginia on April 17 (today).

4. Ms. Bryant traveled to Alderson.  Alderson personnel informed Ms. Bryant that she had not in fact been designated there.  Ms. Bryant contacted undersigned counsel.

5. Undersigned counsel contacted Ms. McWilson at pretrial who explained there was some kind of paperwork mix-up that was not Ms. Bryant's fault.

6. If Ms. Bryant's surrender date is not extended she will have to be received by the U.S. Marshals and go through a lengthy classification process in custody.

7. Ms. Bryant submits that a brief extension of her mandatory surrender date of 30-45 days is reasonable under the circumstances.

8. An email to counsel for the government requesting their agreement was not immediately responded to.

For the foregoing reasons Ms. Bryant requests the Court to extend her surrender date by 30-45 days.

Respectfully Submitted,

By:

/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed on opposing counsel through the Court's electronic filing system.

By: */s/ Charles Burnham*
Charles Burnham
D.C. Bar 1003464
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC

1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com