### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| United States | ) ) ) | |
| v. | ) ) | No. 8:22cr308 |
| Sherrie Bryant, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

Defendant Sherrie Bryant's BOP surrender date is hereby extended to _____. If Ms. Bryant does not receive a designation to a particular facility by that date she must surrender to the U.S. Marshals in Greenbelt.

Entered on:_____.

_____.
Hon. Deborah L. Boardman